Filing # 123778843 E-Filed 03/25/2021 03:03:31 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

KEVIN RUPCHAND                                                          CASE NO.

     Plaintiff,

vs.

SOUL QUEST CHURCH OF MOTHER EARTH, INC.
D/B/A SOUL QUEST AYAHUASCA CHURCH OF
MOTHER EARTH RETREAT & WELLNESS CENTER;
CHRISTOPHER YOUNG, and JYANA ASHUAR,

     Defendants.

_____/

## COMPLAINT

The Plaintiff, KEVIN RUPCHAND sues the Defendants, SOUL QUEST CHURCH OF

MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER

EARTH RETREAT & WELLNESS CENTER, CHRISTOPHER YOUNG, and JYANA

ASHUAR, and alleges:

1.    This is an action for damages which exceeds the minimum jurisdictional limits of this

Court, exclusive of interest and costs.

2.    Plaintiff, KEVIN RUPCHAND, is a citizen of Canada and is over 18 years of age,

and is the proper party to bring this action.

3.    At all times material hereto, Defendant, SOUL QUEST CHURCH OF MOTHER

EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH

RETREAT & WELLNESS CENTER, is a Florida corporation, located at: 1371 Hancock Lone

Palm Road, Orlando, Florida 32828, which owned, operated and/or maintained a business that provided distributed, and/or dispensed ayahuasca, Kambõ, Katawa and rapé to its members in exchange for financial remuneration from its members.

4.     At all times material hereto, Defendant, CHRISTOPHER YOUNG, is the president and corporate director of Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, and was directly involved in the operation, maintenance, supervision and/or provision of the substances and services rendered to members, including Plaintiff, KEVIN RUPCHAND, participating in the activities offered at Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, "weekend retreats".

5.     The Defendant, JYANA ASHUAR, was an employee of the church and acted as the Plaintiff's facilitator and directly monitored the Plaintiff's consumption of substances at the retreat.

6     Venue is proper in Orange County, Florida since the cause of action accrued in Orange County, Florida.

7.     On July 13, 2016, Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, was founded and established by Defendant, CHRISTOPHER YOUNG.

8.     Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER,

2

OFFERS "weekend retreats" to its members during which Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, via its corporate officers, employees, agents, subcontractors, apparent agents, an/or affiliates, provides ayahuasca, Kambõ, Katawa and rapé and other substances as well accommodations, in exchange for monetary payment from its participating members.

9.      Defendant's, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, "weekend retreats", and the activities performed during such "weekend retreats", are held upon the real property located at:  1371 Hancock Lone Palm Road, Orlando, Florida  32828.

10.      Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, mandates that each participant in the "weekend retreats" offered by Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, become a member of the Soul Quest Church of Mother Earth, Inc., and pay a membership fee.

11.      Plaintiff, KEVIN RUPCHAND, registered to participate in a three (3) day and two (2) night "weekend retreat" from March 24, 2017 to March 26, 2017 at Defendant's, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, business establishment located at:  1371 Hancock Lone Palm Road, Orlando, Florida  32828.

3

12. On Friday, March 24, 2017, Plaintiff, KEVIN RUPCHAND, arrived at Defendant's, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, business establishment, which is located at: 1371 Hancock Lone Palm Road, Orlando, Florida 38228, and became a member and/or business invitee of Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER.

13. On Friday, March 24, 2017, to Sunday, March 26, 2017, Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, did not have a medical physician, licensed by the State of Florida, on Defendant's SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, staff, and on site, to monitor, evaluate, assess and/or treat members, including, Plaintiff, KEVIN RUPCHAND, participating in the activities occurring, and substances provided during Defendant's, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, "weekend retreats", including the consumption of ayahuasca and provision of poisonous toxins such as Katawa to its members.

14. On Friday, March 24, 2017, Plaintiff, KEVIN RUPCHAND, paid $500.00 to Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, to

participate in two (2) ayahuasca sessions.

15.     Ayahuasca is a brewed mixture of South American plants, native to the Amazon, into a liquid tea, which has hallucinogenic properties and effects.

16.     The brewed tea known as "ayahuasca" is prepared by boiling and/or soaking the combination of an Amazonian vine, known as *Banisteriopsis caapi*, with the leaves of other portions of either one of two Amazonian plants, namely, *Psychotria viridis* or *Diplopterys cabrerana.*

17.     The brewed tea known as "ayahuasca" contains a high quantity of a psychotropic drug known as DMT (N, N-dimethyltryptamine) as the South American plants used to make ayahuasca possess high amounts of DMT.

18.     DMT is the main active ingredient which causes the hallucinogenic effect upon an individual drinking the brewed tea known as "ayahuasca".

19.     DMT is a Schedule I controlled substance under 21 USC § 812 (b) (1) (c) (6) of the federal Controlled Substances Act and § 893.03 (1) (c) 12. Of the Florida Comprehensive Drug Abuse Prevention and Control Act.

20.     As a Schedule I controlled substance, DMT has a high potential for abuse, has no currently accepted medical use in treatment in the United States and its use under medical supervision does not meet accepted safety standards.

21.     As a Schedule I controlled substance, it is illegal to sell, manufacture, deliver, provide, distribute, or possess with the intent to sell, manufacture, deliver, provide or distribute

DMT.

23.    Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, advertised and represented that its members, including Plaintiff, KEVIN RUPCHAND, who participated in and paid for and ayahuasca session would receive and consume ayahuasca containing DMT.

22.    Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, via its corporate officers, employees, agents and/or affiliates, prepared, provided and/or distributed ayahuasca, which contained DMT, for consumption by Defendant's SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, members, including Plaintiff, KEVIN RUPCHAND.

22.    Defendants, CHRISTOPHER YOUNG AND JYANA ASHUAR, authorized, permitted, consented to, and/or engaged in the preparation, provision and/or distribution of ayahuasca, with knowledge that the ayahuasca contained DMT, for consumption by Defendant's, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, members, including Plaintiff, KEVIN RUPCHAND.

24.    The Drug Enforcement Administration provided written notice, via letter dated

6

August 22, 2016, to Defendants, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, and CHRISTOPHER YOUNG, that the provision of ayahuasca during the "weekend retreats" offered by Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER,, was illegal under the federal Controlled Substances Act.

24.    Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, has not received a legal exemption from the Drug Enforcement Administration for the provision and/or distribution of DMT or any other Schedule I controlled substances.

25.    Despite Defendants' SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, and CHRISTOPHER YOUNG, receipt of prior written notice from the Drug Enforcement Administration of the illegality of providing and/or distributing DMT, and Defendant's, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, failure to obtain a legal exemption from the Drug Enforcement Administration to provide and/or distribute DMT, Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, advertised and represented to the public and its members, including Plaintiff, KEVIN RUPCHAND, that the provision of ayahuasca, which contained DMT, to its members, was legal.

7

26.     Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, via its corporate officers, employees, agents, apparent agents, and/or affiliates, provided ayahuasca to Plaintiff, KEVIN RUPCHAND, on Friday March 24, 2017 and Saturday, March 25, 2017 and Sunday March 26, 2017.

27.     The ayahuasca provided by Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, via its corporate officers, employees, agents, apparent agents, and/or affiliates, to Plaintiff, KEVIN RUPCHAND, on Friday, March 24, 2017 and Saturday, March 25, 2017, contained DMT.

28.     In addition to the three (3) ayahuasca sessions, Plaintiff, KEVIN        RUPCHAND, participated in a Katawa session, which was administered at SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, corporate officers, employees, agents, apparent agents and/or affiliates on Sunday March 26, 20217.

29.     Katawa is a poison from tree bark.  It was suggested by CHRISTOPHER YOUNG and JYANA ASHAUR to help the Plaintiff resolve his issues.  It was administered for an additional charge of $50.00.

30.     The Plaintiff was not advised that the Katawa was poisonous until after he consumed it.

8

31.    After consuming the Katawa the Plaintiff was then told he had to consume 10 to 15 gallons of water to dilute the poisons.  The Plaintiff drank several gallons of water and had a seizure and lost consciousness.

32.    Plaintiff, KEVIN RUPCHAND, was not medically monitored, evaluated or assessed by Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, or its corporate officers, employees, subcontractors, agents, apparent agents, and/or affiliates, before during or after the completion of the Katawa session on Sunday March 26, 2017.

33.    Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, via its corporate officers, employees, subcontractors, agents, apparent agents, and/or affiliates, including CHRISTOPHER YOUNG and JYANA ASHUAR, was aware that Plaintiff, KEVIN RUPCHAND, was drinking large amounts of water after the completion of the Katawa session on Sunday March 26, 2017.

34.    Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, via its corporate officers, employees, subcontractors, agents, apparent agents, and/or affiliates including CHRISTOPHER YOUNG and JYANA ASHUAR did not monitor, restrict, preclude or prevent Plaintiff, KEVIN RUPCHAND, from the unsafe consumption of large amounts of water after the Katawa session on March 26, 2017, but instructed him he had to do it to dilute the poison.

9

## COUNT I
## CLAIM AGAINST DEFENDANTS SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, CHRISTOPHER YOUNG and JYANA ASHUAR - NEGLIGENCE

35.     Plaintiff re-alleges and re-avers the allegations contained in paragraphs 1 through 34 as if fully set forth herein.

36.     At all times material hereto, the Defendants, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, CHRISTOPHER YOUNG, and JYANA ASHUAR, had a fiduciary and non-delegable duty to exercise reasonable care, for the safety and benefit of Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, members, including Plaintiff, KEVIN RUPCHAND, with respect to the operation of, activities offered, and substances, which included Ayahuasca and Katawa provided by the Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, to its members, during Defendant's, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, "weekend retreats".

37.     At all times material hereto, the Defendants, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, CHRISTOPHER YOUNG, and JYANA

ASHUAR, breached their duty to Plaintiff, KEVIN RUPCHAND, by:

A.     Improperly and inappropriately administering a high dose of poisonous toxin into Plaintiff, KEVIN RUPCHAND, during the Katawa session on Sunday March 26, 2017.

B.     Failure to properly and appropriately warn, instruct, monitor, evaluate, assess, and/or supervise Plaintiff, KEVIN RUPCHAND, with respect to the administration of, and the complications associated with, the Ayahuasca sessions and Katawa session in which the Plaintiff, KEVIN RUPCHAND, received a high dose of poisonous toxins on Sunday March 26, 2017.

C.     Failing to properly and appropriately instruct, monitor, assess, restrict, preclude, and/or prevent Plaintiff, KEVIN RUPCHAND, from the unsafe consumption of water with respect to Plaintiff, KEVIN RUPCHAND, consumption of and receipt of a high dose of poisonous toxins into Plaintiff' KEVIN RUPCHAND on Sunday March 26, 2017.

D.     Failing to hire and/or retain properly trained and qualified medical personnel on site during the "weekend retreats" to monitor, evaluate, assess, examine, identify, recognize, and/or treat the adverse effects and complications experienced by Plaintiff, KEVIN RUPCHAND, associated with the consumption of Ayahuasca and Katawa and the administration of a high dose of poisonous toxins to Plaintiff, KEVIN RUPCHAND, on Sunday March 26, 2017.

38.     As a direct and proximate cause of the negligence of the Defendants, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, CHRISTOPHER YOUNG, and JYANA ASHUAR, Plaintiff, KEVIN RUPCHAND, was hospitalized, incurred medical expenses, suffered

11

pain and mental anguish and has permanent injury and disfigurement.

## COUNT II

## CLAIM AGAINST DEFENDANTS SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER,, CHRISTOPHER YOUNG, and JYANA ASHUAR – STRICT LIABILITY.

39. Plaintiff re-alleges and re-avers the allegations contained in paragraphs 1 through 34 as if fully set forth herein.

40. Defendants, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, CHRISTOPHER YOUNG, and JYANA ASHUAR, are in the business of and receive financial remuneration for the manufacture, sale, distribution, supply and/or provision of ayahuasca and poisonous toxins such as Katawa to Defendant, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, members including Plaintiff, KEVIN RUPCHAND, during Defendant SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, "weekend retreats".

41. Defendants, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, CHRISTOPHER YOUNG, and JYANA ASHUAR, manufactured, sold, distributed, supplied, and/or provided ayahuasca and poisonous toxins such as Katawa to Plaintiff, KEVIN RUPCHAND, on Sunday March 26, 2017.

12

42.     The ayahuasca and Katawa manufactured, sold, distributed, supplied, and/or provided by Defendants, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, CHRISTOPHER YOUNG, and JYANA ASHUAR to Plaintiff, KEVIN RUPCHAND, on Sunday March 26, 2017, were unreasonably and/or inherently dangerous, defectively manufactured and/or lacked appropriate warnings as to its inherent dangerousness.

43.     The ayahuasca and Katawa manufactured, sold, distributed, supplied, and/or provided by Defendants, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, CHRISTOPHER YOUNG, and JYANA ASHUAR, to Plaintiff, KEVIN RUPCHAND, on March 26, 2017, were not altered or substantially changed when the ayahuasca and Katawa were manufactured, sold, distributed, supplied and/or provided by Defendants, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, CHRISTOPHER YOUNG and JYANA ASHUAR, to Plaintiff, KEVIN RUPCHAND March 26, 2017.

44.     Defendants, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, CHRISTOPHER YOUNG, and JYANA ASHUAR are strictly liable for the defective and unreasonably and/or inherently dangerous condition of the ayahuasca and Katawa manufactured, sold, distributed, supplied, and/or provided by Defendants, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL QUEST AYAHUASCA CHURCH OF MOTHER

13

EARTH RETREAT & WELLNESS CENTER, CHRISTOPHER YOUNG, and JYANA ASHUAR

to Plaintiff, KEVIN RUPCHAND, on March 26, 2017.

45.     As a direct and proximate cause of the defective and unreasonably and/or inherently

dangerous condition of the ayahuasca and Katawa manufactured, sold distributed, supplied, and/or

provided by Defendants, SOUL QUEST CHURCH OF MOTHER EARTH, INC. D/B/A SOUL

QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER,

CHRISTOPHER YOUNG, and JYANA ASHUAR to Plaintiff, KEVIN RUPCHAND, on March

26, 2017, Plaintiff, KEVIN RUPCHAND, became ill and was hospitalized incurring medical

expenses, suffering pain and mental anguish and permanent injury and disfigurement.

### DEMAND FOR JURY TRIAL

46.     Plaintiff hereby demands trial by jury of all issues triable as of right by a jury.

Dated this ____ day of March, 2021.

RONALD H. WATSON
Attorney at Law
Florida Bar No.  0125627
1500 East Orange Avenue
Eustis, Florida  32726
(352)  357-2932
rhwatsonattorney@yahoo.com
Attorney for Plaintiff.