UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEVIN RUPCHAND, )
 )
    Plaintiff, )
 )
v. ) Case No. 6:21-cv-00720-CEM-EJK
 )
SOUL QUEST CHURCH OF )
MOTHER EARTH, INC., *et al.* )
 )
    Defendants. )
_____)

## NOTICE OF SETTLEMENT

COME NOW, the Plaintiff, Kevin Rupchand, and Defendants, Soul Quest Church of Mother Earth, Inc., d/b/a Soul Quest Ayahuasca Church of Mother Earth Retreat & Wellness Center [hereinafter "Soul Quest"] and Christopher Young, by

and through the undersigned counsel, pursuant to Local Rule 3.09(a), and hereby gives notice of settlement of all issues in the above-styled suit.

Respectfully submitted this 14th day of February, 2022.

**RONALD H. WATSON**
Florida Bar No. 0125627
**RONALD H. WATSON**
**ATTORNEY AT LAW**
1500 East Orange Avenue
Eustis, Florida 32726
Telephone: (352) 357-2932
Telecopier: (352) 357-0398
Email: rhwatsonattorney@yahoo.com
Counsel for Plaintiff

**A. BRIAN PHILLIPS, ESQ.**
Florida Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone: (407) 872-0777
Telecopier: (407) 872-0704
E-mail: Brian.Phillips@phillips-law-firm.com
Counsel for Soul Quest

**DEREK B. BRETT, ESQ.**
Fla. Bar No. 0090750
**BURNSIDE LAW GROUP**
109 Ilsley Avenue, Suite 9
Halifax, Nova Scotia B3B 1S8
Telephone: (902) 468-3066
Telecopier: (902) 468-4803
Email: dbb@burnsidelaw.net
Lead Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of February, 2022, I filed a copy of the foregoing with the Clerk of the Court via the CM/ECF system. I further certify that all parties to this case are equipped to receive service of documents via that system.

s/A. Brian Phillips
**A. BRIAN PHILLIPS, ESQ.**
Fla. Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone: (407) 872-0777
Telecopier: (407) 872-0704
Email: brian.phillips@phillips-law-firm.com
Counsel for Soul Quest
